Christopher M. Reitz
Case 22-10550-GLT

## Pay Stub 1

**Employee**
Christopher M Reitz, 1569 Curtinbottom Road, Summerville, PA 15825

SSN: [redacted]
Pay Period: 11/30/2022 - 12/13/2022
Pay Date: 12/13/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HIGHWAY WAGE 35.436.14 | 16:00 | 17.00 | 272.00 | 680.00 |
| HIGHWAY WAGE 35.437.14 | 12:15 | 17.00 | 208.25 | 1,661.75 |
| HIGHWAY WAGE 35.438.14 | 36:15 | 17.00 | 616.25 | 3,846.25 |
| HIGHWAY WAGE/General 43 | | | 0.00 | 544.00 |
| HIGHWAY WAGE 35.432.14 | | | 0.00 | 136.00 |
| | 64:30 | | 1,096.50 | 6,868.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| LOCAL TAX | -10.97 | -68.69 |
| LST TAX | 0.00 | |
| Federal Withholding | -84.00 | -521.00 |
| Social Security Employee | -67.99 | -425.82 |
| Medicare Employee | -15.90 | -99.59 |
| PA - Withholding | -33.66 | -210.86 |
| PA - Unemployment Employee | -0.66 | -4.12 |
| | -213.18 | -1,330.08 |

Net Pay    883.32    5,537.92

Union Township, 222 ROSEVILLE SIGEL RD, PA 15825

Powered by **Intuit Payroll**

---

## Pay Stub 2

**Employee**
Christopher M Reitz, 1569 Curtinbottom Road, Summerville, PA 15825

SSN: [redacted]
Pay Period: 11/02/2022 - 11/15/2022
Pay Date: 11/15/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HIGHWAY WAGE 35.436.14 | 24:00 | 17.00 | 408.00 | 408.00 |
| HIGHWAY WAGE 35.437.14 | 8:00 | 17.00 | 136.00 | 629.00 |
| HIGHWAY WAGE 35.438.14 | 32:00 | 17.00 | 544.00 | 3,094.00 |
| HIGHWAY WAGE/General 43 | | | 0.00 | 544.00 |
| | 64:00 | | 1,088.00 | 4,675.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| LOCAL TAX | -10.88 | -46.75 |
| LST TAX | 0.00 | |
| Federal Withholding | -83.00 | -353.00 |
| Social Security Employee | -67.46 | -289.85 |
| Medicare Employee | -15.78 | -67.79 |
| PA - Withholding | -33.40 | -143.54 |
| PA - Unemployment Employee | -0.65 | -2.80 |
| | -211.17 | -903.73 |

Net Pay    876.83    3,771.27

Union Township, 222 ROSEVILLE SIGEL RD, PA 15825

Powered by **Intuit Payroll**

---

## Pay Stub 3

**Employee**
Christopher M Reitz, 1569 Curtinbottom Road, Summerville, PA 15825

SSN: [redacted]
Pay Period: 10/19/2022 - 11/01/2022
Pay Date: 11/01/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HIGHWAY WAGE 35.437.14 | 8:00 | 17.00 | 136.00 | 493.00 |
| HIGHWAY WAGE 35.438.14 | 56:00 | 17.00 | 952.00 | 2,550.00 |
| HIGHWAY WAGE/General 43 | | | 0.00 | 544.00 |
| | 64:00 | | 1,088.00 | 3,587.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| LOCAL TAX | -10.88 | -35.87 |
| LST TAX | 0.00 | |
| Federal Withholding | -83.00 | -270.00 |
| Social Security Employee | -67.45 | -222.39 |
| Medicare Employee | -15.77 | 52.01 |
| PA - Withholding | -33.40 | -110.14 |
| PA - Unemployment Employee | -0.65 | -2.15 |
| | -211.15 | -692.56 |

Net Pay    876.85    2,894.44

Union Township, 222 ROSEVILLE SIGEL RD, PA 15825

Powered by **Intuit Payroll**

Employee: Christopher M Reitz, 1569 Curtinbottom Road, Summerville, PA 15825
SSN: [redacted]
Pay Period: 10/05/2022 - 10/18/2022
Pay Date: 10/18/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HIGHWAY WAGE 35.437.14 | 17:00 | 17.00 | 289.00 | 357.00 |
| HIGHWAY WAGE 35.438.14 | 50:00 | 17.00 | 850.00 | 1,598.00 |
| HIGHWAY WAGE/General 43 | | | 0.00 | 544.00 |
| | 67:00 | | 1,139.00 | 2,499.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| LOCAL TAX | -11.39 | -24.99 |
| LST TAX | 0.00 | |
| Federal Withholding | -89.00 | -187.00 |
| Social Security Employee | -70.62 | -154.94 |
| Medicare Employee | -16.52 | -36.24 |
| PA - Withholding | -34.97 | -76.74 |
| PA - Unemployment Employee | -0.68 | -1.50 |
| | -223.18 | -481.41 |

Net Pay: 915.82    2,017.59

Union Township, 222 ROSEVILLE SIGEL RD, PA 15825

Powered by Intuit Payroll

---

## UNION TOWNSHIP/GENERAL FUND

Employee: Christopher M Reitz, 1569 Curtinbottom Road, Summerville, PA 15825
SSN: [redacted]
Pay Period: 09/21/2022 - 10/04/2022
Pay Date: 10/04/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HIGHWAY WAGE/General 43 | 24:00 | 17.00 | 408.00 | 544.00 |
| HIGHWAY WAGE 35.437.14 | | | 0.00 | 68.00 |
| HIGHWAY WAGE 35.438.14 | | | 0.00 | 748.00 |
| | 24:00 | | 408.00 | 1,360.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| LOCAL TAX | -4.08 | -13.60 |
| LST TAX | 0.00 | |
| Federal Withholding | -20.00 | -98.00 |
| Social Security Employee | -25.30 | -84.32 |
| Medicare Employee | -5.92 | -19.72 |
| PA - Withholding | -12.53 | -41.77 |
| PA - Unemployment Employee | -0.25 | -0.82 |
| | -68.08 | -258.23 |

Net Pay: 339.92    1,101.77

Union Township, 222 ROSEVILLE SIGEL RD, PA 15825

Powered by Intuit Payroll

---

Employee: Christopher M Reitz, 1569 Curtinbottom Road, Summerville, PA 15825
SSN: [redacted]
Pay Period: 09/21/2022 - 10/04/2022
Pay Date: 10/04/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HIGHWAY WAGE 35.437.14 | 4:00 | 17.00 | 68.00 | 68.00 |
| HIGHWAY WAGE 35.438.14 | 36:00 | 17.00 | 612.00 | 748.00 |
| HIGHWAY WAGE/General 43 | | | 0.00 | 136.00 |
| | 40:00 | | 680.00 | 952.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| LOCAL TAX | -6.80 | -9.52 |
| LST TAX | 0.00 | |
| Federal Withholding | -38.00 | -78.00 |
| Social Security Employee | -42.16 | -59.02 |
| Medicare Employee | -9.86 | -13.80 |
| PA - Withholding | -20.88 | -29.24 |
| PA - Unemployment Employee | -0.41 | -0.57 |
| | -118.11 | -190.15 |

Net Pay: 561.89    761.85

Union Township, 222 ROSEVILLE SIGEL RD, PA 15825

Powered by Intuit Payroll