# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              :
                                                                    : Case No. 22-10550-GLT
**Christopher M. Reitz,**                                           :
                                                                    : Chapter 13
      **Debtor**                       :
                                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 9th day of January, 2023, a true and correct copy of the Order dated January 6, 2023, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    UNION TOWNSHIP
    222 ROSEVILLE SIGEL ROAD
    BROOKVILLE, PA 15825

    CHRISTOPHER M. REITZ
    1569 CURTAIN BOTTOM ROAD
    SUMMERVILLE, PA 15864

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

    Respectfully submitted,

Executed on: January 9, 2023    /s/ Jessica L. Tighe
    Jessica L. Tighe; Legal Asst.
    Law Offices of Kenny P. Seitz
    P. O. Box 211
    Ligonier, PA  15658
    (814) 536-7470