# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
: Case No. 22-10550-GLT
**Christopher M. Reitz,**  :
: Chapter 13
**Debtor**  :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 14th day of February, 2023, a true and correct copy of the Order dated February 13, 2023, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> UNION TOWNSHIP
> 222 ROSEVILLE SIGEL ROAD
> BROOKVILLE, PA 15825
>
> CHRISTOPHER M. REITZ
> 1569 CURTAIN BOTTOM ROAD
> SUMMERVILLE, PA 15864

> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: February 14, 2023

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470